ACCEPTED
07-15-00
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
10/12/2015 10:44:50 AM
Vivian Long, Clerk

**Cause No. 07-15-00213-CV**

## IN THE SEVENTH COURT OF APPEALS
## AMARILLO, TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
10/12/2015 10:44:50 AM
VIVIAN LONG
CLERK

_____

## T-MILLER WRECKER SERVICES, INC.

### vs.

## RICKY'S TOWING OF AMARILLO, LLC, CANTU TOWING, LLC

**Appeal from the County Court at Law No. 1 in and for
Potter County, Texas
The Honorable W.F. Corky Roberts Presiding
Trial Court Cause No. 102,464-1**

---

### NOTICE OF OPPOSITION TO APPELLEES' FIRST MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF

---

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

In Appellees' First Motion to Extend Time to File Appellees' Brief, counsel for Appellees indicated that he had conferred with the District Attorney's Office and the Motion was unopposed. Appellant files this Notice of Opposition to advise the Court that counsel for Appellees did not confer with counsel for Appellant, and Appellant is opposed to the relief Appellees seek. Appellant objects to the late filing of Appellee's brief.

Respectfully Submitted,


/s/ Jeremi K. Young
THE YOUNG LAW FIRM, P.C.
Jeremi K. Young
Bar No. 24013793
Rachael Rustmann
Bar No. 24073653
1001 S. Harrison, Suite 200
Amarillo, Texas 79101
(806) 331.1800
Fax:  (806) 398.9095
jyoung@youngfirm.com
rachael@youngfirm.com

*Attorneys for Appellant*


## NOTICE OF ELECTRONIC FILING

I certify that I have electronically submitted for filing a true and correct copy of the foregoing brief pursuant to the Court's electronic filing system on October 12, 2015.


By:  /s/ *Jeremi K. Young*
Jeremi K. Young


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2015, a true and correct copy of the foregoing document was delivered to counsel as shown:

**VIA EMAIL: darrell.careyfirm@suddenlinkmail.com**
Darrell R. Carey
300 15th Street
Canyon, Texas 79015

By:  /s/ *Jeremi K. Young*
Jeremi K. Young